PD-1676&1677&1678-14

PD No. _____

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 31 2014

Abel Acosta, Clerk

IN THE COURT
OF
CRIMINAL APPEALS
AT AUSTIN

RORY JONES, Petitioner

v.

THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

DEC 31 2014

Abel Acosta, Clerk

On Petition for Discretionary Review of the Ninth Court of Appeals,
Cause No.'s: 02-14-00068-CR, 02-14-00069-CR & 02-14-00070-CR, Affirming Judgment
and Sentence of Trial Court Numbers: F-2014-0079-C, F-2014-0080-CR & F-2014-0081-
C, 211th Judicial District Court, Denton County, Texas.

## PETITIONER JONES' MOTION FOR LEAVE TO FILE ONLY ORIGINAL COPY OF HIS PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:**

**COMES NOW**, Rory Jones, TDCJ-CID#01914710, your Petitioner, proceeding in *pro se,* in the above-styled and yet to be numbered cause, respectfully moves this Honorable Court to grant leave to file the original copy only of his Petition for Discretionary Review. In support thereof, Petitioner would show the Court as follows:

### I.

1.  The style and appeal numbers in his consolidated appeal are as follows: 02-14-00068-CR, 02-14-00069-CR & 02-14-00070-CR, affirmed on November 20, 2014, in the Second Court of Appeals.

2.  The Petitioner moves the Court, pursuant to Rule 2, Texas Rules of Appellate Procedure, to suspend Rule 9.3(b), of the Texas Rules of

Appellate Procedure, which requires the filing of eleven (11) copies of the PDR with the Court.

3. The facts relied upon to show good cause for this request is as follows: The Petitioner is indigent, incarcerated and does not have access to a photocopier for reproduction of the requite copies of the opinion for the Fourth Court of Appeals affirming his judgment and sentence. The Appellant is presently not represented by counsel and will be filing a *pro se* Petition for Discretionary Review.

Accordingly, the Petitioner respectfully requests that this Honorable Court grant

leave to file an original copy only of his Petition for Discretionary Review with the Court.

Signed on this the 19th day of December 2014.

Respectfully submitted,

Rory Jones, Petitioner, Pro se
TDCJ#01914710
Wynne Unit
810 FM 2821
Huntsville, Texas 77349

2

# CERTIFICATE OF SERVICE

I, Rory Jones, TDCJ-CID#01914710, Petitioner, *pro se*, herein certify that a true and correct copy of this instrument was sent to the Office of the Criminal District Attorney for Denton County, Texas Criminal District Attorney's Office and to the Office of the State Prosecuting Attorney, by placing same, in a U.S. mail box, first-class, postage paid, on this the 19th day of December, 2014.

Rory Jones, Petitioner, Pro se